**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-00962-JLK

ELBRAM STONE, LLC,

    Plaintiff,

v.

UNITED STATES FOREST SERVICE;
DAVID FRANCOMB, Acting District Ranger, Aspen-Sopris Ranger District, White River National Forest;
SCOTT FITZWILLIAMS, Forest Supervisor, White River National Forest; and
DANIEL JIRON, Regional Forester, Rocky Mountain Region, U.S. Forest Service,

    Defendants.

---

### ORDER DISMISSING DOC. 8 AS MOOT

Kane, J.

    In light of Plaintiff's Amended Complaint, Doc. 11, Defendants' Motion to Dismiss the original complaint is moot. Accordingly, that Motion to Dismiss, Doc. 8, is DENIED AS MOOT.

DATED:    July 23, 2013        BY THE COURT:

                                          *s/John L. Kane*
                                          John L. Kane, U.S. Senior District Judge