#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF COLORADO
#### SENIOR JUDGE JOHN L. KANE

Courtroom Deputy: Bernique Abiakam  
Court Reporter: Janet Coppock

Date: September 18, 2013

Civil Action No. 13-cv-00962-JLK

| *Parties:* | *Counsel:* |
|---|---|
| ELBRAM STONE, LLC, | Jeffrey W. McCoy |
| | Steven J. Lechner |
| Plaintiff, | |
| v. | |
| UNITED STATES FOREST SERVICE; | Juan G. Villasenor |
| DAVID FRANCOMB, Acting District Ranger, Aspen-Sopris Ranger District, White River National Forest; | |
| SCOTT FITZWILLIAMS, Forest Supervisor, White River National Forest; and | |
| DANIEL JIRON, Regional forester, Rocky Mountain Region, U.S. Forest Service, | |
| Defendants. | |

### COURTROOM MINUTES

**Oral Argument**

**10:04 a.m    Court in session.**

Court calls case.  Appearances of counsel and parties. Also present, Kenneth Capps (agency counsel) and Amy Ellis (law clerk).

Preliminary remarks by the Court.

Today's argument heard on Doc. No. 14.

10:05 a.m.    Argument by Mr. Villasenor.

*13-cv-00962-JLK*
*Oral Argument*
*September 18, 2013*

10:12 a.m.   Argument by Mr. McCoy.

10:26 a.m.   Rebuttal argument by Mr. Villasenor.

Comments by the Court.

**ORDERED:   Defendants' Motion To Dismiss For Lack Of Jurisdiction, And For Failure To Exhaust Administrative Remedies (Filed 7/22/13; Doc. No. 14) is taken UNDER ADVISEMENT.**

**10:28 a.m.   Court in recess.**
Hearing concluded.
Time: 00:24