IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00962-AP

ELBRAM STONE, LLC,

    Plaintiff,

v.

UNITED STATES FOREST SERVICE;
DAVID FRANCOMB, Acting District Ranger, Aspen-Sopris Ranger District, White River National Forest;
SCOTT FITZWILLIAMS, Forest Supervisor, White River National Forest; and
DANIEL JIRON, Regional Forester, Rocky Mountain Region, U.S. Forest Service,

    Defendants.

## FINAL JUDGMENT

Pursuant to and in accordance with the Fed. R. Civ. P. 58(a) and the Order entered by the Honorable Judge John L. Kane on September 19, 2013 it is hereby

ORDERED that, for the reasons detailed in the Court's Order, Defendant's Motion to Dismiss, Doc. 14, is GRANTED and this matter is DISMISSED WITHOUT PREJUDICE.

DATED at Denver, Colorado this 19th day of September, 2013.

        FOR THE COURT,
        JEFFREY P. COLWELL, Clerk

        By: s/ Edward P. Butler
            Edward P. Butler, Deputy Clerk